# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00627-CV

**Joann Chilcoat, Appellant**

**v.**

**Michael J. Daughety, Appellee**

### FROM THE DISTRICT COURT OF DALLAS COUNTY, 44TH JUDICIAL DISTRICT
### NO. 01-04476, HONORABLE DAVID D. KELTON, JUDGE PRESIDING

Appellant Joann Chilcoat filed an unopposed motion to dismiss her appeal, informing this Court that she no longer wishes to pursue this appeal.  Accordingly, we grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(2).

_____

David Puryear, Justice

Before Chief Justice Aboussie, Justices Patterson and Puryear

Dismissed on Appellant=s Motion

Filed:   October 31, 2002

Do Not Publish